UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL GALLEZZO and ROBERT
WINSKAS, on behalf of themselves and those
similarly situated,

    Plaintiffs,

v.

SUNSET EXPRESS, LLC and MIRALEM
BESLAGIC,

    Defendants.
_____/

Case No. 1:17-cv-475

HON. JANET T. NEFF

## **ORDER**

This is a civil action. Plaintiffs filed a Motion for Entry of Default Judgment (ECF No. 13). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 7, 2017, recommending that judgment in favor of Plaintiffs and against Defendants be entered. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 22) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Entry of Default Judgment (ECF No. 13) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.

Dated: November 28, 2017

    /s/ Janet T. Neff
    JANET T. NEFF
    United States District Judge